# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CYRILL A. KOLOCOTRONIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4005-CV-C-SOW |
| ) | |
| MISSOURI GOVERNMENT COPS ) | |
| AND PROSECUTORS, ) | |
| ) | |
| Defendants ) | |

## ORDER

On February 27, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 10, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 27, 2006, Report and Recommendation is adopted [3]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to the general order <u>In re Cyrill Athanasios Kolocotronis</u> (W.D. Mo. Aug. 28, 2003), and for failure to state a claim, pursuant to 28 U.S.C. § 1915.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: <u>March 15, 2006</u>