# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

CYRILL A. KOLOCOTRONIS

V

MO GOVERNMENT COPS AND PROSECUTORS

                                                Case Number: 06-4005-CV-C-SOW

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:**

    the Magistrate Judge's February 27, 2006, Report and Recommendation is adopted.

plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. August 28, 2003), and for failure to state a claim, pursuant to 28 U.S.C. § 1915.


*ENTERED ON: March 16, 2006*

                                                *Patricia L. Brune*

*March 16, 2006*                                 *Clerk*
*Date*

                                                */s/ J Price*
                                                *J Russel*
                                                *(By) Deputy Clerk*